UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04  11920 MLW

| | |
|---|---|
| Patricia M. Colburn,<br><br>    Plaintiff<br><br>v.<br><br>Myles Calvey,<br><br>    Defendant | Civil Action No. _____<br><br>MAGISTRATE JUDGE _RBC_ |

RECEIPT # 58392
AMOUNT $ 150
SUMMONS ISSUED yes
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. ___
DATE 9/01/04

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, *et seq.*, Defendant Myles Calvey hereby removes this action from the Superior Court of Plymouth County, Massachusetts, docketed there as PLCV-2004-00889-A, to the United States District Court for the District of Massachusetts. In support of this Notice, Defendant states the following:

1. Plaintiff Colburn commenced this action by filing a Complaint and a Demand for a Jury claim on or about July 19, 2004 in the Plymouth County Superior Court, Brockton, Massachusetts, captioned Patricial Colburn vs. Myles Calvery [sic]. This Complaint was served upon Mr. Calvey on August 16, 2004. (A copy of the Complaint and Summons are attached hereto as Exhibit A).

2. The Complaint appears to allege that the Union, of which Mr. Calvey is the Business Manager, by certain actions, failed in its duty of fair representation to the Plaintiff.

3. Although the Complaint does not assert any specific legal basis, the claims asserted appear to flow from the Union's duty to represent the Plaintiff in connection with the collective bargaining agreement in effect with Plaintiff's Employer, Verizon. Further, Plaintiff did file charges with the National Labor Relations Board relating to the conduct complained of,

that is, violation of the duty of fair representation. These charges were dismissed by the Regional Director for Region One.

4. As Plaintiff's claim appears to relate to the Union's responsibility to provide its members with fair representation under the collective bargaining agreement, pursuant to §301 of the Labor Management Relations Act of 1948, 29 U.S.C. §185, this action must be treated as a claim under federal labor law. *United Steelworkers v. Rawson*, 495 U.S. 362, 367 ("[A]n individual employee's state law tort suit against her union . . . must be treated as a claim under federal labor law, when the duty of care allegedly arose from the collective bargaining agreement between the union and the employer.").

5. Further, in order to determine whether the actions complained of were proper, it may be necessary for the Court to consider the Union's collective bargaining agreement with Verizon. Under §301, claims requiring a fact finder to consider the terms of a collective bargaining agreement are totally preempted, and the well-pleaded complaint rule cannot defeat removal. *Stikes v. Chevron, USA*, 914 F.2d 1265, 1267 (9th Cir. 1990), *cert. den.*, 500 U.S. 917 (1991).

6. The Union is a labor organization as defined in 29 U.S.C. §152. Although the Plaintiff's Complaint names Mr. Calvey and not the Union as a defendant, the allegations against Mr. Calvey relate solely to actions taken in his capacity as a Union officer. Therefore, the Plaintiff's claims against Mr. Calvey are subject to removal. *Rawson, supra*, 495 U.S. at 372.

7. The District Court of the United States has jurisdiction over suits requiring the interpretation of collective bargaining agreements without respect to the amount in controversy or regard to the citizenship of the parties. 29 U.S.C. §185. This Court, therefore, has subject

matter jurisdiction over this action pursuant to 29 U.S.C. §185, and federal question jurisdiction pursuant to 29 U.S.C. §1331.

8. Written notice of the filing of this notice of removal has been served upon the Plaintiff, and a copy has been filed with the Clerk of the Plymouth County Superior Court, along with a request that a certified copy of the state court record be compiled for submission in this Court.

Respectfully submitted,

MYLES CALVEY
By His Attorney

Date: September 2, 2004

Wendy M. Bittner, BBO# 044100
15 Court Square - Ste. 300
Boston, MA 02108
(617) 624-0200

**COMMONWEALTH OF MASSACHUSETTS**

PLYMOUTH, ss.

(LS seal)

SUPERIOR COURT DEPARTMENT OF THE
TRIAL COURT OF THE COMMONWEALTH

CIVIL ACTION

NO. PLCV 2004-00889-A

Patricia McCallum, Plaintiff(s)   100 KENELWORTH AVE
BROCKTON, MASS 02301

vs.

Myles Calnery, Defendant(s)   122 QUINCY SHORE DRIVE
QUINCY MASS 02171

SUMMONS

To the above-named defendant:

You are hereby summoned and required to serve upon PATRICIA M. COLBURN plaintiff attorney, whose address is 100 KENELWORTH AVE, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Brockton either before service upon plaintiff attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Brockton, the 19th day of July, in the year of our Lord ~~one thousand nine hundred and~~ 2004.

Francis R. Powers
CLERK.

**NOTES**

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. To plaintiff's attorney: please circle type of action involved — Tort — Motor Vehicle Tort — Contract — Equitable Relief — Other.

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ................, 19 ......, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4(d) (1-5): 

A TRUE COPY ATTEST

DEPUTY SHERIFF
DATE 8-16-04

Dated: ........, 19 ....

N.B. TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

................., 19 .....

Form 1

**NOTICE TO DEFENDANT** – You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office at Brockton.



## THIS IS THE CASE AGAINST VERIZON AND THE UNION

I was an Employee for Verizon for 25 ½ years. When I was working for Mr. Michael Shea, he was the nicest Boss anyone could ask for if I had a problem he would help me. I had a lot of bad luck in my life, but Mr. Shea would work with me to help you not punish you. I took many setups (management) for Mr. Shea and I was good at what I did. I always gave my all. I was a dedicated employee. Until I transferred to a different department, this was just moving my seat. My new second Level was Gary Giard and this was the boss from hell he had all these rules that he made up which was that only 1 night person can be off at a time.

Well I was driving to work on the highway, my truck just stopped going I was in the middle lane, and I was scared I was stepping on the gas but nothing was happening. I got my truck off to side of the road, called my boss, and told her what was happening, I asked for an emergency vacation day but there was someone off already. Mrs. Craig said you know the rules that meant I had to ask Mr. Giard I said I will be late I am calling AAA for help and would call back. Then a state trooper stopped to help me with my truck. It started right up for him and he said sometimes the trucks gas gage are off and I might be out of gas he followed me to a gas station I fill my truck and went off to work that was July 18, 2000. Well not even a week went by and it happen again this time it was pouring raining my truck just stopped I got it to the side of the road call my boss Maryann Craig and said I need to have and emergency day off my truck died again. Well she said you know I cannot give you a day off you need to speak with Mr. Giard. His reply was you seam to ask for many days off for emergency. I said well come and get me I am on the highway. I am waiting for AAA road service to come and Mr. Giard, put me in for no payday. Now I do have paid vacation days but Mr. Giard does not break any of his rules. The problem with my truck was the alternator and when it rains; your truck will just stop. Mr. Giard has giving days off for other employees (Her name is Nancy Reynolds).

Well bad luck hit my life again My daughter woke up in the middle of the night complaining of very bad cramps and that she was bleeding I got up and realized she was hem urging I rushed her to the hospital which I was there all night I believe it was 2am when we got to the hospital. The doctor informed me my daughter had a miscage and was hem urging and need to stay in the hospital that day and the next 3 days she need to say in bed. Well

now, I have to call work I hated to speak with Mr. Giard. I called Maryann Craig who is my first level manager I told her my story and she said I would give you the time off but I had to go thru Mr. Giard. Well I told him the story and his reply was what you want me to do. I told him I need the time off and I did have vacation days left he said no. I told him I was taking the time off that this was an emergency. This was on August 23, 2000. He told me it would be no pay. I called my Union and filed a grievance. The union would not help me so I called Ethic and they said that they would look into the matter and there answer to me was that I would not be in any trouble for any reason for this occasion.

Please note I just got back to work from being on strike, which was no pay. I lost my Dad then my Mom and then my husband he committed sue-side, I am a widow and I am self-supporting and all I have let is my daughter. I could not afford to keep taken no paydays I got my self all upset and fell into a deep depression I went to my doctor who was Dr. Post. He put me out of work and treated me for depression. I could not understand why any boss would treat any human being like this. Well I found out later that because I reported Mr. Giard to the Union on an issue he was out to get me. I called my Union they did nothing for me. Mr. Giard had given Nancy Reynolds paid, vacation time off any time she need it. I asked why and Mr. Giard reply to me was her son is dieing. (Nancy son had Leukemia) Well her son is still alive. To me Mr. Giard did not care about my daughter I could have lost her. She could have bled to death this was a serious situation.

Well while I was out of work, a friend called me and told me that there were bids for a different job in Boston but they were moving to Braintree. I put in for the bid right away and I got the job and was glad to get out of Mr. Giard department. I was very happy to get away from Mr. Giard and I knew my new second Level boss because I worked for him in the past he is Joseph Rooney. I did not know my first level Manager His name was Kevin Devin well everything was going fine. Until this new Girl named Tina McCleary came into our department, I saw her coming in every day at 4:45pm, 5pm, and 5:15 but never at 4:30pm. I asked her what hours do you work she answered 4:30pm. Well I asked why you are always late. Everyday she comes in late and she only lives down the Street. She said I have to wait until my husband gets home to baby sit the kids. I told her that this is not fair I and one other girl named Stephanie Matthess are closing out all the technicians and we needed her here to help. Tina answer was she is not going to pay a baby sitter for ½ hour. Well I know it is not my business but

I took my job very serious and I believe that the company is paying us to be here on time and doing our jobs. However, every day the same routine Tina comes in late and gets on the Telephone to her husband, planning baby shower, buying a house I heard it all. Well I got to my braking point. I was on line helping a tech and had the business on the same line and I could not hear them because Tina was talking loud and laughing on a social call. I stud up and said to her do you mind my tech and the customer can hear you. Do you mine lowering your voice and do some work. Stephanie and I are the only two on line. I then went to Barbara the Union Stuart for help with this problem. I asked her to speak with Tina McCleary about her not doing her work because it was affecting her fellow union members. The Union Stuart took an observation on Tina and me and said that I only did one call more than Tina did. However, what Barbara did not know was that when Tina came in I went off line doing a project for the boss. I informed Barbara the Union girl that if she did not talk to Tina I was going to Management and she said I better not. Well I did not care I was going to report this to my boss Kevin I know I could not use her name but I was not letting this happen to me again. I already went thru this situation in the Brockton with a Girl named Terry Kelly. She use to come into work and do nothing but read her books. I also went to the union for help and again they did nothing until Ethics was coming in to investigate. That's when I had everyone attention the Union and Management. They did not want Ethics to come in. They wanted to resolve the situation all the company did was move her seat away from me. No discipline was ever given to Terry the boss just told her to stay away from me and I stay away from her. Which was fine she would sit over by the window and read all day long and nothing was done ( I believe that it was because she was a lesbian and no one would say anything because she would bring them up on decimation charges.)

Well now, I hurt my hand on the job. Therefore, I went to the doctors for my hand and she thought it was carpel tunnel and put a brace on it and put me out of work for a week. What I was going thru at work and my attendance was not the greatest (not my fault). I went into depression and went to my doctor for help and he put me out of work. This was March 15 2001. I called Kevin Devon and said I would not be in for the rest of the week. Kevin put on my Attendance Report I said I have a cold. This was not true why I would say I have a cold when I had a doctor note saying I had carpel tunnel. I called the absence-reporting center and told Mr. Mark Nordstrom from Aetna that I hurt my hand on the job and I am out of work with depression. Mr. Nordstrom answer to me was that my hand may get

better why I and out with depression. Time went by now I get a letter saying I need to go to there doctor who was Dr. Pick he said there was nothing wrong with my hand (But I have receive Cortisone short for the pain. Well now, I receive a letter to return to work. I got a worker comp Lawyer Mr. Steven Kantrovitz. I had a hearing if that what you want to call it all I know is the Judge said that I had no case and I should take the settlement which I had no other choose. The amount they gave me was $15,000.00 I got $12,000.00 after paying my lawyer and I told them I was not paying back Unemployment (I got $18,447.00). I got a letter saying I had to return to work on Dec. xx, 2001 well my lawyer responded with a letter saying my doctor said I could no longer do that work. Now the Union has created jobs for other people for one Bob in Taunton they created a Mail job for him. Now 2 months have gone by with no response from the letter my Lawyer sent. Therefore, I thought everything was all set. Then I received a registered letter saying I was terminated as of Dec. 15, 2001. I got the letter on Feb. 1, 2001 now I was calling my Union and they said they do not handle worker's comp. I told them that I got terminated and Her answer to me was what do you want me to do I said to get my (F--King) job back the Union person I was dealing with was Sheila she did nothing I set in grievance to her for my job back. Next thing I know she is no longer with the Union. Now I am dealing with Myles Calvery the head of the Union and his reply to me was what are you F---King stupid that you did not return to work? I tried to explain to him that I was waiting for a reply from the letter my lawyer sent. I am not stupid I would have gone back to work and I could have gone out the next day. He was rude to me and said he could not do any thing for me. Well I called him back and said you can try to do something for me. I even said try to get me at least my pension. I called him back days later and he told me if I drop the Mass. Discrimination charges against the company that he could get me my pension I was so mad I told him no. I said you are supposed to be helping me not the company.

We all work for the same company now remembers I asked for vacation time off for my daughter when she was in the hospital. Mr. Giard said no but at my new location a girl got time off because her CAT died.

Now new rules for my new (union) local 2222 again we all work for same company and there rules were different when it came to Overtime. Local rules were if you are on the same vacation sheet and the same

overtime sheet, the overtime should be equal which was not that way in local 2222 they give overtime out by shift. Which I complain to Sheila at the Union office she was very rude to me and hung up on me. I believe that all the money I gave to my union dues and all the times I walked the pick lines I should have had the union on my side and fighting for me. Not treating me like a piece of garbage. No wonder why I am suffering from depression this got me so mad I wanted to scream at the top of my lungs at my union rep. Help me, Help me you helped many other employees to get there jobs back. Why not me?

How can there be so many different rules if we are all the same.

The rules for dismissal are as followed

1. Verbal
2. Letter in your folder
3. 1 day suspension
4. Week suspension
5. Month suspension or termination

I ONLY WAS SUSPENSION FOR 1 DAY THEN I WAS TERMNATED

THE COMPANY GOES BY OCCATION NOT THE NUMBER OF DAYS YOU ARE ABSENT. YOU CAN BE OUT SICK FOR 50 DAYS AND THAT WOULD ONLY COUNT FOR ONE OCCATION.

### These are just a few names that I know that have been fired and all got there jobs back.

1. Paul McSweeney - Drunk driving a company vehicle and hitting a pole.
2. Jackie Thrower - drunk driving a company vehicle.
3. John Rodowski - when he left a union meeting drunk driving and killed someone.
4. Bill Tirrell Drunk - driving and killed someone and he got his pension.
5. Timmy Egan - drunk driving.
6. Thomas Lassiter - left keys in his company truck when he was in a bar the company truck was stolen.
7. Robert Chipli - could not find him.

### These girls were fired for absentee and all got there jobs back.

1. Marie Verilla - got fired 4 or 5 times for bad absentee not sure.
2. Claire Catelotti - bad absent record fired.
3. Lisa Skapik - bad absent record.

### My witnesses are:

Michael T. Shea works for Verizon
54 Bavarian Way
Kingston, Mass. 02364

Peggy Bingel
8 Middlesex Ave
Norton, Mass. 02766

Patricia Biziak
459 Robinson Ave.
Attleboro, Mass. 02703

Mr. O'Brien- retired boss from Verizon
79 Donald Street Apt. 33
Weymouth, Mass. 02188

Stephanie Blanchard (Troy)
24 Stephanie Lane
Bridgewater, Mass. 02324

### I have letter from Supervisors that I use to work for

1. Sherry Long

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Patricia M. Colburn vs. Myles Calvey__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [x] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __04-11784-MLW - Patricia M. Colburn v. Richard Cappiello__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [x]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [x]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [x]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [x]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [x]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [x]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __Wendy M. Bittner__
ADDRESS __15 Court Square Ste. 300, Boston, MA  02108__
TELEPHONE NO. __617-624-0200__

(Coversheetlocal.wpd - 10/17/02)

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Patricia M. Colburn

**DEFENDANTS**

Myles Calvey

(b) County of Residence of First Listed Plaintiff __Plymouth__
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed __Middlesex__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Pro Se

Attorneys (If Known) Wendy M. Bittner
Law Offices of Wendy M. Bittner
15 Court Square - Ste. 300
Boston, MA 02108    (617) 624-0200

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury— Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. Sec. 185 - Duty of Fair Representation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Mark L. Wolf
DOCKET NUMBER 04-11784-MLW

DATE 09-02-04
SIGNATURE OF ATTORNEY OF RECORD Wendy M. Bittner

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____