UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patricia M. Colburn, ) | Civil Action No. 04 11920 MLW |
| Plaintiff ) | |
| v. ) | |
| Myles Calvey, ) | |
| Defendant ) | |

## MOTION TO DISMISS

Defendant Myles Calvey, pursuant to Fed.R.C.P., Rule 12(b)(6), respectfully moves that Plaintiff's Complaint in the above-captioned matter be dismissed in its entirety for failure to state a claim upon which relief may be granted. As presented in detail in Defendant's Memorandum in Support of Motion To Dismiss, Plaintiff's claims are barred by the applicable statute of limitations and Mr. Calvey is not a proper Defendant for the claims brought by Plaintiff.

Respectfully submitted,

MYLES CALVEY
By His Attorney

Date: September 10, 2004

Wendy M. Bittner, BBO# 044100
15 Court Square - Ste. 300
Boston, MA 02108
(617) 624-0200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, Motion to Dismiss, was served upon the following via first-class mail, postage prepaid, on September 10, 2004:

Patricia Colburn
100 Kenelworth Avenue
Brockton, MA  02301

_____
Wendy M. Bittner