UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patricia M. Colburn, ) | Civil Action No. 04-11920-MLW |
| ) | |
| Plaintiff ) | (Related Cases: |
| ) | 04-11784-MLW |
| v. ) | 04-11859-MLW) |
| ) | |
| Myles Calvey, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## DEFENDANT MYLES CALVEY'S MOTION TO CONSOLIDATE

Defendant Myles Calvey seeks to consolidate this matter with two previously

filed civil actions: *Colburn v. Capiello*, 04-11784-MLW and *Colburn v. Capiello et al.*,

04-11859-MLW. In support of its motion, Defendant Myles Calvey states the following:

1.    A motion to consolidate cases 04-11784-MLW and 04-11859-MLW was

filed on September 14, 2004 by Verizon Communications, Inc. ("Verizon"), a defendant

in case 04-11859. No opposition to that motion has been filed. A copy of the motion is

attached to this motion as Exhibit A.

2.    Verizon noted in its motion that cases 04-11784-MLW and 04-11859-

MLW arose from the same state-court Complaint, and it listed Myles Calvey as a

defendant in case 04-11859-MLW. In fact, Myles Calvey is not a defendant to case 04-

11859-MLW, but is a defendant to the instant case (04-11920-MLW) which arose from

the same Complaint as the two cases discussed in Verizon's motion.

3.    For the reasons set forth by Verizon in its Motion to Consolidate, attached as Exhibit A, Defendant Myles Calvey respectfully requests that the instant case also be consolidated with the two cases considered in that motion.

> Respectfully submitted,
>
> MYLES CALVEY,
>
> By His Attorney,

Date: March 11, 2005

> _Wendy Bittner_
> Wendy M. Bittner, BBO# 044100
> 15 Court Square – Ste. 300
> Boston, MA 02108
> (617) 624-0200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, Defendant's Motion to Consolidate, was served upon the following via first-class mail, postage prepaid, on March 11, 2005:

Patricia Colburn
100 Kenelworth Avenue
Brockton, MA 02301

Windy L. Rosebush
101 Federal Street
Boston, MA 02110

Harold L. Lichten
18 Tremont Street – Ste. 500
Boston, MA 02108

_Wendy Bittner_

Wendy M. Bittner