UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Patricia M. Colburn,  )<br>  )<br>      Plaintiff  )<br>  )<br>v.  )<br>  )<br>Myles Calvey,  )<br>  )<br>      Defendant  )<br>  )<br>  ) | Civil Action No. 04-11920-MLW<br><br>(Related Cases:<br>    04-11784-MLW<br>    04-11859-MLW) |

**DEFENDANTS MYLES CALVEY'S AND IBEW LOCAL 2222'S OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

Defendants International Brotherhood of Electrical Workers Local 2222, AFL-CIO ("IBEW 2222") and Myles Calvey respectfully submit the following opposition to the Plaintiff's Motion for Reconsideration of the court's dismissal of the above-captioned cases.

Preliminarily, the Defendant wishes to make a brief procedural note. On March 10, 2005, this court issued a joint memorandum and order dismissing all three of the cases above. That same order held that the instant case, 04-00920 should be treated as having been filed against IBEW Local 2222 rather than against Myles Calvey, pursuant to the Plaintiff's expressed intention. *See* Footnote 2 of March 10, 2005 Order.

Since that time, a Motion for Reconsideration by the Plaintiff has been docketed for two of the three cases, 04-11784 and 04-11859. No such motion has been docketed in the instant case, number 04-00920. Nonetheless, in light of the fact that the same order is

1

applicable in the instant case, Defendant IBEW Local 2222 submits the following opposition to the Plaintiff's Motion for Reconsideration.

First, IBEW Local 2222 wishes to adopt the arguments set out in the Oppositions filed by Defendants Richard Capiello and Verizon in case number 04-11859. Second, IBEW Local 2222 submits that neither it nor Myles Calvey were parties to, or in any way involved in, the Massachusetts Commission Against Discrimination ("MCAD") case relied upon by the Plaintiff. *Patricia Colburn v. Verizon*, MCAD Case # 02-13-00376 (Complaint, Dismissal and Memorandum attached as Exhibit 1).

In its March 10, 2005 Order, this court held that the Complaint in this case, read in the light most favorable to the Plaintiff, set out a Duty of Fair Representation claim alleging that the defendant labor unions had failed to enforce the Plaintiff's rights under a collective bargaining agreement. March 10, 2005 Order, p. 5-6. The Complaint was therefore barred by a six-month statute of limitations which the Plaintiff had missed by two years. *Id.* at 6-7.

Plaintiff's Motion for Reconsideration discusses a Complaint Plaintiff filed with the Massachusetts Commission Against Discrimination. As discussed by the Oppositions filed by the other Defendants to this case, an MCAD Complaint does not toll the statute of limitations for a Duty of Fair Representation claim, and even if it did the Plaintiff's Complaint would still be untimely.

Moreover, IBEW Local 2222 was not a party to the Plaintiff's MCAD case. Under both Massachusetts and Federal law, a plaintiff seeking to file a civil action alleging employment discrimination must first exhaust her administrative remedies, in this case at the MCAD. *McKinnon v. Kwong Wah Restaurant*, 83 F.3d 498, 504-05 (1st

2

Cir. 1996); *King v. First*, 46 Mass.App.Ct. 372, 374-75 (1999). A plaintiff may therefore bring a civil action only against defendants who participated in the required administrative action. *Id.*

Neither Myles Calvey nor IBEW Local 2222 (nor the other labor union defendants to this case) were parties to the Plaintiff's MCAD case. The public records of that case are attached as Exhibit 1 to this Opposition. The Plaintiff's Complaint does not so much as mention any union or union official. Exhibit 1, p. 2. Nor does any other document from that case. *Id.* at 1-4. Since the Plaintiff's Complaint gave no indication that she was alleging discrimination by IBEW Local 2222, it can not serve either to fulfill administrative exhaustion requirements or to toll the statute of limitations with respect to Local 2222.

Therefore, Defendant IBEW Local 2222 respectfully requests that this court DENY the Plaintiff's Motion for Reconsideration.

> Respectfully submitted,
> MYLES CALVEY and IBEW LOCAL
> 2222 by their Attorneys
>
> _____
> Catherine A. Highet, BBO #657407
> Wendy M. Bittner, BBO #044100
> Law Offices of Wendy M. Bittner
> 15 Court Square, Suite 300
> Boston, MA 02108
> (617) 624-0200

Date: October 4, 2005

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document, Defendants' Opposition to Plaintiff's Motion for Reconsideration, was served upon the following via first-class mail, postage prepaid, on October 4, 2005:

Patricia Colburn
100 Kenelworth Avenue
Brockton, MA 02301

Windy L. Rosebush
101 Federal Street
Boston, MA 02110

Harold Lichten
18 Tremont Street, Suite 500
Boston, MA 02108

_____
Catherine A. Highet