Dear Appeal Board:

I am righting to you for your help to have my cases herd I believe I have a good case against Verizon and Both Unions, which are I.B.E.W. local 2322 and 2222. I filed a civil case against both of these. I have done everything the courts have told me to do. I have been waiting since 2001. For my cases to be heard I asked for a jury trail. I worked hard and gave my all to this company for 25 and half years. I took setups to help my old office I believe if I never left my old office this would have not happen to me. However, I had to get away from the new second Liner Mr. Gary Giardi, he was out to get me because I went to the union about him and he did not like that. I was treated very unfairly I was not treat like a human being. Mr. Giardi decimated against me. He was denying me time of and given it to someone else with less seniority than me. The Union also decimated against me. I asked the Union for help and never got any. They did take there union dues and made sure I was Picking at ever strike please tell me were did all my money I paid to the UNION go. That is right it went to all the drunks, and people who kill people drunk driving, or should I just say all the (MEN) or if you are a Union Stewarts. They only took care of the MEN tell me that is not DISCRIMATED AGAINST the women who were not technicians. I even had to go thru Ethics with one of my problems that the Union would not help me. That was with Mr. Giardi he was my new 2nd level manager. I cannot believe that a company can terminate someone and retire someone at the same time. Just because they hurt

them self on the job and is disable for the rest of there life because it was myself.  The reason I hurt my hand was that there was myself and one other girl taking all the calls closing out the entire Tech (workers) in the computer, which is all typing while other workers are, socialize on the phone.  They even came in a ½-hour late everyday and nothing was said no discipline.  Therefore, the company is paying her ½-hour pay for doing nothing.  In addition, I blow out my hand doing my job and I was terminated. This is a girl who is suppose to help take some of these calls because the Tech shift is over and they can't go home till there work is all closed out.  All the Tech ask me are you and XXXXX the only ones working I said yes they even had to call my private line because they could not get thru to the office.  Please note that this does not so any **favoritism** at all.  Therefore, I went to the Union rep. Barbara for help before I went to Management and she said you cannot go to management about any employee and I informed her to speak to her.  I said if this continues I am going to Management I told her I could go to Management long as I did not give a name (I would say you could finger it out.  Barbara then said to me that she did an observation on her and my self and she pulled up a report and said I only did one more call than this employee did.  However, what Barbara did not know that I went off line to do a report for my boss.  I asked Barbara who are you to observe me you have no rights to do a Management job and I said were the UNION on that we should all stick together and be there for each other.

I also was denied my fair share of overtime because I

could not do a call out per Mr. Devin. I informed Mr. Devin that I believe if I could run a whole office, which consists of Major Cable failure and other important jobs as a set up Manager. That I believe I could do a callout. Also overtime was done differently by this office even though this is the same company. This office overtime is done by shift and not by low Man by seniority, which was the rules at my old Union, which was Local 2322. I could not believe that an employee that worked a different shift could have 50 hours of overtime and because you work, a different shift and you have 4 hours of overtime that the employee that works that shift would get all the overtime. Therefore, this is not fair and acquirable they get it over you. We are all on the same overtime sheet and the same vacation secudule. I called the Union about this matter and spoke with Adel and I told her wear I came from (which was Taunton Same Company) the UNION told us that it was low man and by seniority. Adele was the rudest person I ever spoke with and she informed me that this is not Taunton my reply was it still Verizon. Therefore, I went to my Boss Mr. Devin and asked about how I can change this because it was not fair. The employees I worked with all were young, did not have much seniority, and did not know what my UNION RULES were at my old office. Mr. Devin said I could have a meeting with my shift employees, which was 12:30 to 8PM to discuss and try to change this rule. Then Mr. Devin called me up to his desk he told me that Adel (A UNION REP.) just called to tell him using my name Patricia Colburn to stop this meeting with my fellow workers. She said that I could not have a

meeting with the night crew about changing this rule. Now this is a UNION Rep. calling my supervisor giving my name. We were always told by the UNION that you could never use someone name to a supervisor._Well this was the time I hurt my hand on the job and on company property. Therefore, I went to the doctor and she put me out of work for a week with a brace that I had to ware. The doctor thought it might be carpel tunnel. Now I got myself all upset because I had to be out of work. I went into a very deep depression, I went to my doctor who was doctor Post, and he put me out of work for a while. I could not get myself out of this depression and never did. Because I and a widow and self-supporter and I was always independent and now all I did was sleep. This was all told to the absent reporting center. (Mark Nordstrom) he told me while I was out with my depression my hand might get better because I would not be using it. I could go on and on about how this company treated me. So please let me tell my story in court. I just would like you to know why I am asking for a lot of money I did not have any income for 2 years and I almost lost my home, which my daughter and granddaughter were, living with me. I drained all my 401 that was supposed to be for retirement.

    I am give all case #s as I was told that this was going to be 1 case but that case # I was giving was wrong and I believe that's why my case Judge Wolf read was wrong.
    1. Case 04cv11920 Calvary/I.B.E.W.
    2. Case 04cv11784 Cappello I.B.E.W. Local 2222.
    3. Case 04cv11859 I.B.E.W. Local 2133.
    4. Case 04cv11859 Verizon

Therefore, you can see all the cases. I am all so asking for Motion to wave all the fees. As I am just getting my life finance together. I also should tell you Social Security said I am disable.

Thank You for Reading my Notice of Appeal
Patricia M. Colburn
100 Kenelworth Ave.
Brockton. Mass. 02301
508-584-5713


cc: sent to Windy Rosebush and Wendy Bittner