# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-11920

Patricia M. Colburn

v.

Myles Calvey

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I (copies of electronic documents) are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/26/06.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 23, 2006.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/23/06

*[signature]* Burchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11920-MLW

Colburn v. Calvey
Assigned to: Chief Judge Mark L. Wolf
Cause: 29:185 Labor/Mgt. Relations (Contracts)

Date Filed: 09/02/2004
Jury Demand: None
Nature of Suit: 720 Labor: Labor/Mgt. Relations
Jurisdiction: Federal Question

**Plaintiff**

Patricia M. Colburn        represented by   Patricia M. Colburn
                                            100 Kenelwork Ave.
                                            Brockton, MA 02301
                                            PRO SE

V.

**Defendant**

Myles Calvey              represented by   Wendy M. Bittner
                                           Law Offices of Wendy M. Bittner
                                           15 Court Square
                                           Suite 300
                                           Boston, MA 02108
                                           617-624-0200
                                           Fax: 617-624-0278
                                           Email: WendyMBittner@verizon.net
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

Electrical Workers Local 2222

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2004 | 1 | NOTICE OF REMOVAL by Myles Calvey from Plymouth Superior Court, case number 04-00889. $ 150, receipt number 58392, filed by Myles Calvey(Boyce, Kathy) (Entered: |

| | | |
|---|---|---|
| | | 09/09/2004) |
| 09/02/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings (Boyce, Kathy) (Entered: 09/09/2004) |
| 09/10/2004 | 2 | MOTION to Dismiss by Myles Calvey, FILED, c/s.(Boyce, Kathy) (Entered: 09/15/2004) |
| 09/10/2004 | 3 | MEMORANDUM in Support of 2 MOTION to Dismiss filed by Myles Calvey, FILED, c/s. (Boyce, Kathy) (Entered: 09/15/2004) |
| 01/20/2005 | 4 | NOTICE of Scheduling Conference/Hearing on Motion 2 MOTION to Dismiss: Motion Hearing set for 3/21/2005 03:00 PM in Courtroom 10 before Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 01/21/2005) |
| 03/10/2005 | 5 | Judge Mark L. Wolf : ORDER entered granting 2 Motion to Dismiss (O'Leary, Dennis) Additional attachment(s) added on 3/14/2005 (Boyce, Kathy). Modified on 3/14/2005 to add a complete document to this entry as document was previously missing some pages. (Boyce, Kathy). (Entered: 03/14/2005) |
| 03/14/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 5, Memorandum and Order corrected: to add complete document to entry as document was previously missing pages (Boyce, Kathy) (Entered: 03/14/2005) |
| 03/14/2005 | 6 | MOTION to Consolidate Cases by Myles Calvey, FILED, c/s. (Boyce, Kathy) (Entered: 03/16/2005) |
| 03/14/2005 | | Motion terminated: 6 MOTION to Consolidate Cases filed by Myles Calvey: Motion moot pursuant to Order dated March 10, 2005 (Boyce, Kathy) (Entered: 03/16/2005) |
| 04/04/2005 | 8 | MOTION for Reconsideration re 5 Order on Motion to Dismiss, by Patricia M. Colburn, FILED(Boyce, Kathy) (Entered: 10/14/2005) |
| 10/05/2005 | 7 | Letter/request to clerk (non-motion) from Catherine Highet enclosing Defts Myles Calvey's and IBEW Local 2222's Opposition to the Motion for Reconsideration which was filed in related case nos. 04-11784-MLW and 04-11859-MLW and noting that the Pltf's Motion for Reconsideration was not filed in this case, the case to which Defts Myles Calvey and IBEW |

| | | |
|---|---|---|
| | | Local 2222 are parties) FILED. (Boyce, Kathy) (Entered: 10/13/2005) |
| 10/05/2005 | 9 | Opposition to 8 MOTION for Reconsideration re 5 Order on Motion to Dismiss, filed by Electrical Workers Local 2222, Myles Calvey, c/s. (Attachments: # 1 Exhibit 1)(Boyce, Kathy) (Entered: 10/14/2005) |
| 12/05/2005 | | Judge Mark L. Wolf : Electronic ORDER entered denying 8 Motion for Reconsideration (O'Leary, Dennis) (Entered: 12/07/2005) |
| 01/26/2006 | 10 | NOTICE OF APPEAL as to 5 Order on Motion to Dismiss, by Patricia M. Colburn. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/15/2006. (Boyce, Kathy) (Entered: 02/02/2006) |