**MANDATE**

# United States Court of Appeals
## For the First Circuit

*handwritten: 04-A784 USDC/MA Wolf, J*

No. 06-1300

PATRICIA M. COLBURN,
Plaintiff, Appellant,

v.

VERIZON COMMUNICATIONS,
Defendant, Appellee.

*handwritten: 04-11920 ✓*

No. 06-1350

PATRICIA M. COLBURN,
Plaintiff, Appellant,

v.

MYLES CALVEY, ET AL.,
Defendants, Appellees.

No. 06-1490

*handwritten: 04-11784*

PATRICIA M. COLBURN,
Plaintiff, Appellant,

v.

RICHARD CAPPIELLO, ET AL.,
Defendants, Appellees.

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: June 14, 2006

As explained in this court's March 29, 2006 order, no timely notice of appeal was filed. Consequently, this appeal is dismissed as untimely.

<u>Dismissed</u>.

By the Court:
Richard Cushing Donovan, Clerk.

By: _____MARGARET CARTER_____
            Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____/s/_____
Deputy Clerk

Date: 8/7/06

[cc: Patricia M. Colburn, Harold L. Lichten, Esq., Timothy P. Van Dyck, Esq., Wendy L. Rosebush, Esq.]